**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Liliana Maria Hadfeg    JOINT DEBTOR: _____    CASE NO.: 12-26304-RAM
Last Four Digits of SS# xxx-xx-2387    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ 2,011.42 for months 1 to 12 ;
B. $ 1,733.64 for months 13 to 60 ;
C. $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00    TOTAL PAID $ 2,000.00
$ 750.00
750.00
_____
5,000.00

Balance Due    3,000.00    payable $ 250.00    /month (Months 1 to 12 )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Aquarius By the Sea-A Condo, Inc
   Address: c/o Eqramul I Chowdhury, R.A. 3850 Bird Road, PH Coral Gables, FL 33146
   Account No: Unit 403
   Arrearage on Petition Date $ 2,500.00
   Arrears Payment $ 41.67 /month (Months 1 to 60 )
   Regular Payment $ 250.00 /month (Months 1 to 60 )

2. 1 Aquarius By the Sea-A Condo, Inc
   Address: c/o Eqramul I Chowdhury, R.A. 3850 Bird Road, PH Coral Gables, FL 33146
   Account No: Unit 404
   Arrearage on Petition Date $ 2,500.00
   Arrears Payment $ 41.67 /month (Months 1 to 60 )
   Regular Payment $ 250.00 /month (Months 1 to 60 )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| BAC Home Loans Servicing, LP Acct# | 3967 NE 168 Street, #403, Miami, FL 33160-3587 $ 82,400.00 | 5.75% | $ 480.86 | 1 To 60 | 28,851.60 |
| BAC Home Loans Servicing, LP Acct# | 3967 NE 168 Street, #403, Miami, FL 33160-3587 $ 82,400.00 | 5.75% | $ 469.08 | 1 To 60 | 28,144.80 |

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

Priority Creditors: [as defined in 11 U.S.C. §507]

<u>    -NONE-              </u>   Total Due    $ <u>                    </u>

                                              Payable      $ <u>                    </u> /month          (Months __ to __)         Regular Payment $ <u>              </u>

Unsecured Creditors: Pay $ <u> 27.00 </u> /month (Months <u> 1 </u> to <u> 60 </u>).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

```
The debtor will provide copies of her income tax return to the Chapter 13 Trustee on or before May 15 during the
pendency of the plan . The debtor will amend Schedules I and J and modify the plan if necessary.
```

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

<u>/s/ Liliana Maria Hadfeg          </u>
Liliana Maria Hadfeg
Debtor

Date:  <u>August 14, 2012          </u>