UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ 2nd    Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____    Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

**DEBTOR:** Liliana Maria Hadfeg       **JOINT DEBTOR:** _____       **CASE NO.:** 12-26304-RAM
Last Four Digits of SS#   xxx-xx-2387     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ 1,753.56 for months 1 to 8 ;
B. $ 2,919.68 for months 9 to 12 ;
C. $ 2,811.90 for months 13 to 60 ; in order to pay the following creditors:

Administrative:  Attorney's Fee - $ 3,500.00    TOTAL PAID $ 2,000.00
                                $ 750.00
                                  750.00
                                ─────────
                                 5,000.00

Balance Due    3,000.00   payable $ 250.00  /month   (Months  1  to  12 )

**Secured Creditors:** [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

| # | Creditor | Address | | |
|---|---|---|---|---|
| 1 | Aquarius By the Sea-A Condo, Inc | c/o Eqramul I Chowdhury, R.A. 3850 Bird Road, PH Coral Gables, FL 33146 | Arrearage on Petition Date $ 2,500.00 Arrears Payment $ 41.67 /month (Months 1 to 60) Regular Payment $ 250.00 /month (Months 1 to 8) $ 285.00 /month (Months 9 to 60) | Account No: Unit 403 |
| 2 | Aquarius By the Sea-A Condo, Inc | c/o Eqramul I Chowdhury, R.A. 3850 Bird Road, PH Coral Gables, FL 33146 | Arrearage on Petition Date $ 2,500.00 Arrears Payment $ 41.67 /month (Months 1 to 60) Regular Payment $ 250.00 /month (Months 1 to 8) $ 285.00 /month (Months 9 to 60) | Account No: Unit 404 |

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America Acct# 3082 | 3967 NE 168 Street, #403, Miami, FL 33160-3587 $ 65,000.00 | 5.25% | $ 358.93 $ 1,338.44 | 1 To 8 9 to 60 | 2,871.44 69,598.88 |
| JPMorgan Chase Bank, NA f/k/a Chase Home Finance, LLC Acct# | 3967 NE 168 Street, #404, Miami, FL 33160-3587 $ 65,000.00 | 5.25% | $ 358.93 | 1 To 60 | 21,535.80 |

**Priority Creditors:** [as defined in 11 U.S.C. §507]

LF-31 (rev. 01/08/10)

| \_\_\_-NONE-\_\_\_ | Total Due | $ _____ | | | |
|---|---|---|---|---|---|
| | Payable | $ _____ /month | (Months \_ to \_) | Regular Payment $ _____ | |

Unsecured Creditors: Pay $ 27.00 /month (Months 1 to 12 ); Pay $ 180.00 /month (Months 13 to 60 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

The debtor will provide copies of her income tax return to the Chapter 13 Trustee on or before May 15 during the pendency of the plan . The debtor will amend Schedules I and J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Liliana Maria Hadfeg
Liliana Maria Hadfeg
Debtor

Date:  March 14, 2013