

**ORDERED in the Southern District of Florida on March 19, 2013.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                          Case No: 12-26304 RAM
                                                Chapter 13
LILIANA HADFEG

_____Debtor_____/

**ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED
STATUS OF LIEN ON REAL PROPERTY HELD BY BANK OF AMERICA, NATIONAL
ASSOCIATION, F/K/A BAC HOME LOANS SERVICING, LP WITHOUT PREJUDICE**

THIS CASE came to be heard on March 12, 2013 on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE 47; the "Motion"). Based upon the debtor's assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

LF-92 (rev. 01/08/10)               Page 1 oφ 4

A. The value of the debtor's real property (the "Real Property") located at

3967 Northeast 168th Street, Condo Unit #403, North Miami Beach, FL 33160, and more particularly described as

UNIT 403, AQUARIUS BY THE SEA, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 8994, PAGE 380 OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, TOGETHER WITH UNDIVIDED SHARE IN THE COMMON ELEMENTS.

PARCEL ID NO. 07-2210-044-0110

is $ 65,000.00 at the time of the filing of this case.

B. The total of all claims secured by liens on the Real Property senior to the lien of BANK OF AMERICA, NATIONAL ASSOCIATION F/K/A BACK HOME LOANS SERVICING, LP (the "Lender") is $ 65,000.00.

C. The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $ 0 and Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $ 65,000.00.

3. Because Lender's secured interest in the Real Property is $0, Lender's mortgage recorded on Nov. 14, 2007 at OR BOOK 26047 Page 2165-2186 of the official records of Miami-Dade County, Florida shall be deemed void and shall be extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case. If this case is converted to a case under any other chapter or if the chapter 13 case is dismissed, Lender's mortgage will no longer be considered void and shall be

restored as a lien on the Real Property.]

4. (Select only one):

___ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

_x_ Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $ 173,500.00, regardless of the original classification in the proof of claim as filed.

5. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

7. This Order shall be without prejudice to the Lender to Object to Debtor's proposed 2nd amended plan or any amended plan filed thereafter.

###

Submitted By:
Lidsky & Montes Law Firm, P.L
145 East 49 Street
Hialeah, FL 33013
(305) 822-2100 Telephone

LF-92 (rev. 01/08/10)                                    Page 3 of 4

(305) 818-9101 Fax
Mblason@lmlaw-fla.com

_____

/s/Mercedes D Blason Aguilar, Esq

FBN: 733091

Attorney Mercedes D. Blason-Aguilar is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.